JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**489 -- IN RE DRILLING PLATFORM BLOWOUT AND FIRE IN THE GULF OF MEXICO ON 3/24/80**

| Date | No. | Pleading Description |
|---|---|---|
| 81/11/13 | 1 | MOTION TO TRANSFER, BRIEF, SCHEDULE OF CASES AND CERT. OF SVC., EXHIBIT -- Pennzoil Co. and Pool Offshore Co. SUGGESTED TRANSFEREE DISTRICT: E. D. Louisiana SUGGESTED TRANSFEREE JUDGE: (eaf) |
| 81/11/16 | 2 | RESPONSE, EXHIBIT A, CERT. OF SVC. -- pltfs. Riley, Elmdahl and Stelly. (eaf) |
| 81/11/23 | 3 | REPLY BRIEF, CERT. OF SVC. -- Pennzoil Co. and Pool Offshore Co. (eaf) |
| 81/11/24 | | APPEARANCES -- Aub A. Ward, Esq. for Julia Mae Tagert; Steven G. Durio, Esq. for June Chachere Sparks, etal.; Anthony D. Moroux, Esq. for Gladys McDonald; Felicien P. Lozes, Esq. for Anthony J. Deneana; Hubert L. Stone, Jr., Esq. for Stanley Riley; Newton B. Schwartz, Esq. for Donald J. Stelly; Donald R. Abaunza, Esq. for Pennzoil Co., Pennzoil Oil & Gas Co., Inc., Pennzoil Producing Co. and Pennzoil Louisiana & Texas Offshore, Inc.; Ronald A. Johnson, Esq. for Pool Offshore Company; John G. Torian, II, Esq. for The Analysts, Inc.; Douglas P. Matthews, Esq. for Employers Nat'l Ins. Co.; Theodore Goller, Esq. for Dresser Industries, Inc. and Dresser Magcobar Division; J. Martin Green, Esq. for Dowell Div. of Dow Chemical Co. and Dow Chem. U.S.A.; E.D. Vickery, Esq. for Oil Field Rental Service Co. (eaf) |
| ~~81/24/81~~ 81/11/24 | | #### APPEARANCES -- Michael P. Smith, Esq. for Dora Forbes, Esc., et al.; John S. McEldowney, Esq. for Cochran-Dean Co. (eaf) |
| 81/11/30 | 4 | RESPONSE, CERT. OF SVC. -- Oil Field Rental Svc. (eaf) |
| 81/12/03 | 5 | RESPONSE -- The Analysts, Inc. -- w/cert. of serv. (cds) |
| 82/01/22 | | HEARING ORDER: Setting Motion to transfer actions to the E.D. Louisiana for Panel Hearing on February 25, 1982 in Washington, D.C. (emh) |
| 82/02/11 | 6 | REPLY -- Pennzoil Co. -- w/cert. of svc. (emh) |
| 82/02/18 | 7 | RESPONSE -- Oil Field Rental Service Company -- w/cert. of svc. (emh) |
| 82/02/22 | 8 | MOTION, LETTER, SCHEDULE -- Oil Field Rental Service Co. w/cert. of svc. SUGGESTED TRANSFEREE DISTRICT: S.D. Texas (ds) |
| 82/02/22 | | HEARING APPEARANCES: RONALD JOHNSON, ESQ. for Pool Offshore Company; E.D. VICKERY, ESQ. for Oil Field Rental Service Co.; JOHN ELMDAHL, ESQ. for Hubert L. Stone, Jr. and Stanley W. Riley; ANTHONY D. MOROUX, ESQ. for Gladys McDonald; STEVEN G. DURIO, ESQ. for June Chachere Sparks, et al.; ~~AUB A. WARD~~, ESQ. for Julia Mae Tagert (cds) *James A. George* |

JPML FORM 1A    p.2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 489 -- In re Drilling Platform Blowout and Fire in the Gulf of Mexico on March 24, 1980

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/02/22 | | WAIVERS: Anthony J. Denenea; Dresser Ind., Inc.; Dowell Div. of Dow Chemical Co. (cds) |
| 82/03/02 | 9 | LETTER -- Oil Field Rental Service (supplementing Oral Argument) w/cert. of svc. (ds) |
| 82/03/05 | 10 | LETTER -- Penzoil w/copy of Judge Wicker's Order stating Nov. 1. 1982 trial date for La., E. consolidated actions w/cert. of svc. (ds) |
| 82/03/11 | 11 | LETTER -- pltf. June Chachere Sparks (re: ltr. pldg. No. 9) w/service (ds) |
| 82/03/15 | 12 | LETTER -- pltfs. (A-10) Elmdahl, (A-11) Riley and (A-12) Stelly (re: ltr. pldgs. No. 9 and 11 w/svc. (ds) |
| 82/03/24 | | CONSENT OF TRANSFEREE DISTRICT COURT for the assignment of litigation to the Honorable Hugh Gibson for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C §1407. (eaf) |
| 82/03/24 | | TRANSFER ORDER -- transferring litigation to the Southern District of Texas for assignment to Judge Hugh Gibson for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407. Notified all involved. (eaf) |
| 83/04/19 | | SUGGESTION FOR REMAND -- 10 La. actions -- signed by Judge Gibson (dated 4/11/83) (cds) |
| 83/04/19 | | CONDITIONAL REMAND ORDER (10 E.D. La. actions) -- NOTIFIED INVOLVED JUDGE AND COUNSEL (cds) |
| 83/05/05 | | CONDITIONAL REMAND ORDER FINAL TODAY -- (10 E.D. La. actions) -- Notified involved clerks and judge. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 489 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE DRILLING PLATFORM BLOWOUT AND FIRE IN THE GULF OF MEXICO ON 3/24/80

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 2/25/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Mar. 24, 1982 | TO | unpublished | S.D. Texas | Hugh Gibson | |

Special Transferee Information

DATE CLOSED: 3/6/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 489 -- IN RE DRILLING PLATFORM BLOWOUT AND FIRE IN THE GULF OF MEXICO ON 3/24/80

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Tony M. Craft v. Pennzoil Co., et al. | E.D.La. Wicker | 80-2096-Sec. L. | 3/24/82 | G-82-146 | 5/5/83 R | |
| A-2 | Dora Forbes, etc. v. Pool Offshore Co. et al. | E.D.La. Wicker | 80-2150 Sec. L. | 3/24/82 | G-82-138 | 5/5/83 R | |
| A-3 | John Mack Lambert v. Pennzoil Co., et al. | E.D.La. Wicker | 80-2474 Sec. L. | 3/24/82 | G-82-132 | 5/5/83 R | |
| A-4 | Julia Mae Tagert v. Pennzoil Co. | E.D.La. Wicker | 80-3382 Sec. L. | 3/24/82 | G-82-134 | 5/5/83 R | |
| A-5 | June Chachere Sparks, etc. v. Pool Offshore Co., et al. | E.D.La. Wicker | 80-3633 Sec. L. | 3/24/82 | G-82-133 | 5/5/83 R | |
| A-6 | Gladys Ann McDonald v. Pool Offshore Co., et al. | E.D.La. Wicker | 80-4832 Sec. L. | 3/24/82 | G-82-135 | 5/5/83 R | |
| A-7 | Anthony J. Deneana v. Pennzoil Producing Co. and/or Pennzoil Co., et al. | E.D.La. Wicker | 81-334 Sec. L. | 3/24/82 | G-82-139 | 5/5/83 R | |
| A-8 | Mason Thomas v. Pennzoil Company | E.D. La. Wicker | 81-541 Sec. L. | 3/24/82 | G-82-141 | 5/5/83 R | |
| A-9 | Ted L. Piner v. Pennzoil Oil & Gas Co., Inc., et al. | E.D.La. Wicker | 81-1141 Sec. L. | 3/24/82 | G-82-137 | 5/5/83 R | |
| A-10 | John Elmdahl v. Dresser Industries, Inc., et al. | S.D.Tex. Gibson | G-81-203 | | | 2/6/84 D | |
| A-11 | Stanley W. Riley v. Dresser Industries Inc., et al. | S.D.Tex. Gibson | G-81-110 | | | 3/30/83 D | |

DOCKET NO. 489 -- IN RE DRILLING PLATFORM BLOWOUT AND FIRE IN THE GULF OF MEXICO ON 3/24/80

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-12 | Donald Stelly v. Pennzoil Louisiana & Texas Offshore, Inc., et al. | S.D.Tex. Gibson | G-80-95 | | | 6/21/83 | D |
| A-13 | Pool Offshore Company, etc., et al. v. Oil Field of Texas, Inc., et al. | E.D.LA. Boyle | 81-1136 Sec. D | 3/24/82 | G-82-140 | 5/5/83 | R |
| XYZ-14 | Pennzoil Co., et al. v. Oil Field Rental Service Co., et al. | S.D.Tex. | G-83-34 | | | reassigned Rep. S. 5/16/83 | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 489 -- IN RE DRILLING PLATFORM BLOWOUT AND FIRE IN THE GULF OF MEXICO ON 3/24/80

---

(No appearance received)
TONY M. CRAFT (A-1)
JOHN MACK LAMBERT (A-3)
Charles F. Gay, Jr., Esq.
Martzell, Montero & Lamothe
338 Lafayette Street
New Orleans, Louisiana 70130

DORA FORBES, ETC. (A-2)
MASON THOMAS (A-8)
Michael P. Smith, Esq.
Reis, Stanhope, McKay & Smith
3316 Canal Street
New Orleans, Louisiana 70119

JULIA MAE TAGERT (A-4)
Aub A. Ward, Esq.
George and George, Ltd.
8110 Summa Drive
Baton Rouge, Louisiana 70809-3484

JUNE CHACHERE SPARKS, ET AL. (A-5)
Steven G. Durio, Esq.
Hayes, Fazzio, Durio & Richard
202 West Main Street
Post Office Box 4026-C
Lafayette, Louisiana 70502

GLADYS MCDONALD (A-6)
Anthony D. Moroux, Esq.
Domengeaux & Wright
Post Office Box 3668
Lafayette, Louisiana 70502

ANTHONY J. DENEANA (A-7)
Felicien P. Lozes, Esq.
Lozes & Lozes
1010 Common Street
850 Bank of New Orleans Bldg.
New Orleans, Louisiana 70112

(No appearance received)
TED L. PINER (A-9)
Edward L. Ardoyno, Esq.
3501 N. Causeway Blvd.
Suite 400
Metairie, LA 70002

JOHN ELMDAHL (A-10)
William H. Berry, Jr., Esq.
1865 Bank & Trust Tower
Corpus Christi, Texas 78477

STANLEY RILEY (A-11)
Hubert L. Stone, Jr., Esq.
Post Office Box 2230
Corpus Christi, Texas 78403-2230

DONALD J. STELLY (A-12)
Newton B. Schwartz, P.C., Esq.
Suite 700, 609 Fannin
Houston, Texas 77002

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 489 -- IN RE DRILLING PLATFORM BLOWOUT AND FIRE IN THE GULF OF MEXICO ON 3/24/80

PENNZOIL COMPANY
PENNZOIL OIL & GAS CO., INC.
PENNZOIL PRODUCING COMPANY
PENNZOIL LOUISIANA & TEXAS OFFSHORE, INC.
Donald R. Abaunza, Esq.
Liskow & Lewis
50th Floor, One Shell Square
New Orleans, Louisiana 70139

ENSERCH CORPORATION
POOL OFFSHORE COMPANY
Ronald A. Johnson, Esq.
Johnson & McAlpine
Suite 4600 One Shell Square
New Orleans, Louisiana 70139

THE ANALYSTS, INC.
John G. Torian, II, Esq.
Onebane, Donohoe, Bernard, Torian,
  Diaz, McNamara & Abell
First National Bank Tower
666 Jefferson Street, Suite 700
Lafayette, Louisiana 70502

EMPLOYERS NATIONAL INSURANCE CO.
Douglas P. Matthews, Esq.
Lemle, Kelleher, Kohlmeyer &
  Matthews
21st Floor, Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130

DRESSER INDUSTRIES, INC.
DRESSER MAGCOBAR DIVISION
Theodore Goller, Esq.
Fulbright & Jaworski
800 Bank of the S.W. Building
Houston, Texas 77002

DOWELL DIVISION OF DOW CHEMICAL
  CO. AND DOW CHEM. U.S.A.
J. Martin Green, Esq.
Wells, Peyton, Beard, Greenberg,
  Hunt & Crawford
Post Office 3708
Beaumont, Texas 77704

OIL FIELD RENTAL SERVICE CO.
E. D. Vickery, Esq.
Royston, Rayzor, Vickery &
  Williams
2200 Texas Commerce Tower
Houston, Texas 77002

COCHRAN-DEAN COMPANY
John S. McEldowney, Esq.
Mills, Shirley, McMicken & Eckel
700 First Hutchings-Sealy Nat'l
  Bank Building
Galveston, Texas 77550

HALLIBURTON COMPANY (no app. rec'd)
Edward J. Cooney, Esq.
911 Walker Street
Suite 901
Houston, Texas 77002

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 489 -- IN RE DRILLING PLATFORM BLOWOUT AND FIRE IN THE GULF OF MEXICO ON 3/24/80

| Name of Party | Named as Party in Following Actions |
|---|---|
| Pennzoil Co. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-10, A-11, A-12 |
| Pool Offshore Co. | A-1, A-2, A-5, A-6, A-10, A-11, A-12 |
| Oil Field Rental Service Co., Inc. | A-1, A-2, A-5, A-6, A-7, A-9, A-10, A-11 |
| Employees National Insurance Co. | A-2 |
| ABC Insurance Co. | A-2 |
| Pennzoil Oil & Gas Co., Inc | A-5, A-9 |
| Pennzoil Producing Co. | A-5, A-6, A-7, A-10, A-11, A-12 |
| The Analysts, Inc. of Texas, a Div. of Schlumberger Corp. | A-6, A-7, A-10, A-11, A-13 |
| Dresser Magcobar, Inc. | A-6, A-7 |
| Dresser Industries, Inc. | A-10, A-11, A-12 |
| Oil Field of Texas, Inc. | A-9, A-10, A-11, A-13 |

p. 2

| | |
|---|---|
| Pool Company | A-10, A-11 |
| Pennzoil Louisiana & Texas Offshore, Inc. | A-12 |
| Enserch Corp. | A-12 |
| Cochran-Dean Co. | A-13 |
| Halliburton Co. | A-12 |
| | |
| | |
| | |
| | |
| | |
| | |